# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE H. FARMER,<br>    Plaintiff | :<br>:<br>:  No. 1:16-cv-653 |
| v. | :<br>:  (Judge Kane) |
| MATTHEW T. DECKER,<br>    Defendant | :<br>: |

## ORDER

**AND NOW**, on this 7th day of November 2018, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion for summary judgment (Doc. No. 28), is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendant and **CLOSE** this case.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania